1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    LAURIE K MONETTE,

10                          Plaintiff,

11          v.

12    CAROLYN W COLVIN,

13                          Defendant.

CASE NO. 3:15-CV-05309-DWC

ORDER ON STIPULATED REMAND

14

15        Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 19. After

16  reviewing Defendant's Stipulated Motion and the relevant record, the Court orders the following:

17        Defendant's Motion is granted, and the case is reversed and remanded for further

18  administrative proceedings under sentence four of 42 U.S.C. § 405(g).

19        On remand, the Administrative Law Judge (ALJ) shall hold a *de novo* hearing and issue a

20  new decision. The ALJ shall:

21        • Compare the Dictionary of Occupational Titles ("DOT") requirements of all jobs

22           identified at Step Five with the ALJ's findings and address any variances between the

23           DOT requirements and the ALJ's findings in determining whether Plaintiff can adjust

24           to new occupations existing in significant numbers in the national economy; and

1          • Reevaluate Plaintiff's residual functional capacity, considering all medical evidence.

2     On remand, Plaintiff may also raise any issue and submit additional evidence in support of her

3     claim.

4          The parties agree that on proper motion the Court shall consider Plaintiff's application for

5     costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

6          Dated this 11th day of January, 2016.

7

8                                              David W. Christel
                                               United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON STIPULATED REMAND - 2